**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| **ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**ORION ARMS CORP, d/b/a, ORION WHOLESALE, an Indiana Corporation,**<br><br>***Defendant*.** | CASE NO. 4:26-CV-00032-SEB-KMB<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER GRANTING THE JOINT MOTION TO STAY DEADLINES**

The Court having considered the Joint Motion to Stay pending determination of Defendant's Motion to Vacate the Conditional Transfer Order by the United States Judicial Panel on Multidistrict Litigation,

IT IS THEREFORE ORDERED that the Joint Motion to Stay is Granted.

**IT IS SO ORDERED.**

Dated: ________________

______________________________
Hon. Tanya Walton Pratt
U.S. District Court Judge for the
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF