CLOSED

# U.S. District Court
# Southern District of Indiana (New Albany)
# CIVIL DOCKET FOR CASE #: 4:26−cv−00032−TWP−KMB

ABC IP LLC et al v. ORION ARMS CORP D/B/A ORION WHOLESALE
Assigned to: District Judge Tanya Walton Pratt
Referred to: Magistrate Judge Kellie M. Barr
Cause: 35:271 Patent Infringement

Date Filed: 02/04/2026
Date Terminated: 08/20/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

Discovery Deadline:
Dispositive Motion Deadline:

Settlement Conference:
Final Pretrial Conference:
Trial Date:

**Plaintiff**

**ABC IP LLC**
*a Delaware limited liability company*

represented by

**Benjamin Christoff**
Fish & Richardson
1000 Maine Ave. SW
Washington, DC 20024
202−626−7724
Fax: 202−783−2331
Email: christoff@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl Bruce**
Fish & Richardson − Carl Bruce
1717 Main Street
Ste 5000
Dallas, TX 75201
214−747−5070
Fax: 214−747−2091
Email: bruce@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn D. Bellamy**
Wood, Herron & Evans LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513−241−2324
Fax: 513−241−6234
Email: gbellamy@whe−law.com
*ATTORNEY TO BE NOTICED*

**Matt Colvin**
Fish & Richardson − Matt Colvin
1717 Main Street
Ste 5000
Dallas, TX 75201
214−747−5070

Fax: 214−747−2091
Email: colvin@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RARE BREED TRIGGERS INC.**
*a Texas corporation*

represented by

**Benjamin Christoff**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl Bruce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn D. Bellamy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matt Colvin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ORION ARMS CORP D/B/A ORION WHOLESALE**
*an Indiana Corporation*

represented by

**Conor M. Civins**
Bracewell LLP
111 Congress Avenue
Suite 2300
Austin, TX 78701
512−494−3631
Email: conor.civins@bracewell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2026 | Ï 1 | COMPLAINT against Orion Arms Corp d/b/a Orion Wholesale, filed by ABC IP LLC, Rare Breed Triggers Inc. (Filing fee $405, receipt number AINSDC−9100740) (Attachments: # 1 Exhibit A−Patent 247, # 2 Exhibit B− Patent 784, # 3 Civil Cover Sheet)(Bellamy, Glenn) (Entered: 02/04/2026) |
| 02/04/2026 | Ï 2 | Rule 7.1 Disclosure Statement by ABC IP LLC. (Bellamy, Glenn) (Entered: 02/04/2026) |
| 02/04/2026 | Ï 3 | Rule 7.1 Disclosure Statement by Rare Breed Triggers Inc. (Bellamy, Glenn) (Entered: 02/04/2026) |
| 02/04/2026 | Ï 4 | Proposed Summons submitted for issuance by the clerk as to Orion Arms Corp d/b/a Orion Wholesale. (Bellamy, Glenn) (Entered: 02/04/2026) |
| 02/04/2026 | Ï 5 | |

| | | |
|---|---|---|
| | | NOTICE *of AO 120*, filed by Plaintiffs ABC IP LLC, Rare Breed Triggers Inc (Bellamy, Glenn) (Entered: 02/04/2026) |
| 02/05/2026 | Ï 6 | Summons Issued as to ORION ARMS CORP D/B/A ORION WHOLESALE. (TPS) (Entered: 02/05/2026) |
| 02/05/2026 | Ï 7 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (TPS) (Entered: 02/05/2026) |
| 02/05/2026 | Ï 8 | Notice Regarding Rule 7.1 Disclosure Statement. (KLS) (TPS) (Entered: 02/05/2026) |
| 02/06/2026 | Ï 9 | ORDER REASSIGNING CASE. Clerk is directed to randomly reassign case and notify parties of newly assigned District Judge. Signed by Judge Sarah Evans Barker on 02/06/2026. (LDH) (Entered: 02/06/2026) |
| 02/06/2026 | Ï 10 | NOTICE of Reassignment of Case to District Judge Tanya Walton Pratt. Judge Sarah Evans Barker is no longer assigned to this case. Please include the new case number, **4:26−cv−32−TWP−KMB**, on all future filings in this matter. (DJH) (Entered: 02/06/2026) |
| 02/10/2026 | Ï 11 | MOTION for Attorney(s) Matthew A. Colvin to Appear pro hac vice (Filing fee $100, receipt number AINSDC−9110092), filed by Plaintiffs ABC IP LLC, RARE BREED TRIGGERS INC.. (Attachments: # 1 Text of Proposed Order)(Colvin, Matt) (Entered: 02/10/2026) |
| 02/11/2026 | Ï 12 | MOTION for Attorney(s) Carl E. Bruce to Appear pro hac vice (Filing fee $100, receipt number AINSDC−9111869), filed by Plaintiffs ABC IP LLC, RARE BREED TRIGGERS INC.. (Attachments: # 1 Text of Proposed Order)(Bruce, Carl) (Entered: 02/11/2026) |
| 02/11/2026 | Ï 13 | MOTION for Attorney(s) Benjamin J. Christoff to Appear pro hac vice (Filing fee $100, receipt number AINSDC−9112645), filed by Plaintiffs ABC IP LLC, RARE BREED TRIGGERS INC.. (Attachments: # 1 Text of Proposed Order)(Christoff, Benjamin) (Entered: 02/11/2026) |
| 02/11/2026 | Ï 14 | ORDER granting 11 Motion to Appear pro hac vice. Attorney Matthew A. Colvin for ABC IP LLC,Matthew A. Colvin for RARE BREED TRIGGERS INC. added. Signed by Magistrate Judge Kellie M. Barr on 2/11/2026. Copy to Counsel via US Mail. (AAS) (Entered: 02/11/2026) |
| 02/12/2026 | Ï 15 | ORDER granting 13 Motion to Appear pro hac vice. Attorney Benjamin Christoff for ABC IP LLC and RARE BREED TRIGGERS INC. added. Signed by Magistrate Judge Kellie M. Barr on 2/12/2026. (AAS) (Entered: 02/12/2026) |
| 02/12/2026 | Ï 16 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE − This cause has come before the Court upon the motion of Carl E. Bruce, counsel for ABC IP, LLC and Rare Breed Triggers, Inc., for leave to appear and participate pro hac vice in the above captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. [Dkt. 12 .] Signed by Magistrate Judge Kellie M. Barr on 2/12/2026. (See Order.) (BAA) (Entered: 02/12/2026) |
| 02/12/2026 | Ï 17 | NOTICE *RE MULTIDISTRICT LITIGATION FILING*, filed by Plaintiffs ABC IP LLC, RARE BREED TRIGGERS INC. (Attachments: # 1 Attachment − Part 1 − Mot to Transfer and Resp, # 2 Attachment − Part 2 − Mot to Transfer and Resp, # 3 Attachment − Part 3 − Mot to Transfer and Resp, # 4 Attachment − Part 4 − Partisan Resp, # 5 Attachment − Part 5 − Not of Potential Tag−Alongs, # 6 Exhibit 1 to Attachment − Part 5, # 7 Exhibit 2 to Attachment − Part 5, # 8 Exhibit 3 to Attachment − Part 5, # 9 Exhibit 4 to Attachment − Part 5, # 10 Exhibit 5 to Attachment − Part 5, # 11 Exhibit 6 to Attachment − Part 5, # 12 Exhibit 7 to Attachment − Part 5, # 13 Exhibit 8 to Attachment − Part 5, # 14 Exhibit 9 to Attachment − Part 5) (Colvin, Matt) (Entered: 02/12/2026) |
| 02/13/2026 | Ï 18 | CERTIFICATE OF SERVICE by All Plaintiffs (Bellamy, Glenn) (Entered: 02/13/2026) |
| 02/13/2026 | Ï 19 | MARGINAL ENTRY − Acknowledged re 17 Notice. Signed by District Judge Tanya Walton Pratt on 2/13/2026. (BAA) (Entered: 02/13/2026) |

| | | |
|---|---|---|
| 02/25/2026 | 20 | MOTION for Attorney(s) Conor M. Civins to Appear pro hac vice (Filing fee $100, receipt number AINSDC−9139573), filed by Defendant ORION ARMS CORP D/B/A ORION WHOLESALE. (Attachments: # 1 Text of Proposed Order)(Civins, Conor) (Entered: 02/25/2026) |
| 02/26/2026 | 21 | ORDER granting 20 Motion to Appear pro hac vice. Attorney Conor M. Civins for ORION ARMS CORP D/B/A ORION WHOLESALE added. Signed by Magistrate Judge Kellie M. Barr on 2/26/2026. Distribution made pursuant to distribution list. (BAA) (Entered: 02/26/2026) |
| 02/27/2026 | 22 | Unopposed MOTION for Extension of Time to 4/10/2026 in which to Respond to 1 Complaint , filed by Defendant ORION ARMS CORP D/B/A ORION WHOLESALE. (Civins, Conor) Modified on 2/27/2026 − Fixed docket text (CCG). (Entered: 02/27/2026) |
| 03/02/2026 | 23 | Submission of Proposed Order , re 22 Unopposed MOTION for Extension of Time to 4/10/2026 in which to 1 Complaint , filed by Defendant ORION ARMS CORP D/B/A ORION WHOLESALE. (Civins, Conor) (Entered: 03/02/2026) |
| 03/05/2026 | 24 | ORDER granting 22 Motion for Extension of Time − Defendant shall file its answer or otherwise respond to the Complaint on or before April 10, 2026. Signed by Magistrate Judge Kellie M. Barr on 3/5/2026. (CCG) (Entered: 03/05/2026) |
| 03/05/2026 | 25 | NOTICE of Initial Filing in lawsuit sent to Director of U.S. Patent and Trademark Office. (Attachments: # 1 Exhibit Compliant) (CKM) (Entered: 03/05/2026) |
| 03/24/2026 | 26 | AMENDED COMPLAINT *(FIRST)* against ORION ARMS CORP D/B/A ORION WHOLESALE, filed by ABC IP LLC, RARE BREED TRIGGERS INC.. (Attachments: # 1 Exhibit A − 12038247, # 2 Exhibit B − 12031784, # 3 Exhibit C − 12578159)(Colvin, Matt) (Entered: 03/24/2026) |
| 04/06/2026 | 27 | MOTION to Stay , filed by Defendant ORION ARMS CORP D/B/A ORION WHOLESALE. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Civins, Conor) (Entered: 04/06/2026) |
| 04/09/2026 | 28 | Second MOTION for Extension of Time to 05/10/26 in which to 26 Amended Complaint , filed by Defendant ORION ARMS CORP D/B/A ORION WHOLESALE. (Attachments: # 1 Text of Proposed Order)(Civins, Conor) (Entered: 04/09/2026) |
| 04/10/2026 | 29 | ORDER − granting 28 Motion for Extension of Time to File; IT IS THEREFORE ORDERED that Defendant shall file its answer or otherwise respond to the Complaint on or before May 10, 2026. Signed by Magistrate Judge Kellie M. Barr on 4/10/2026. (CKM) (Entered: 04/10/2026) |
| 04/20/2026 | 30 | RESPONSE in Opposition re 27 MOTION to Stay , filed by Plaintiffs ABC IP LLC, RARE BREED TRIGGERS INC.. (Attachments: # 1 Text of Proposed Order Denying Orion Arms' Motion to Stay)(Colvin, Matt) (Entered: 04/20/2026) |
| 04/27/2026 | 31 | REPLY in Support of Motion re 27 MOTION to Stay , filed by Defendant ORION ARMS CORP D/B/A ORION WHOLESALE. (Civins, Conor) (Entered: 04/27/2026) |
| 04/29/2026 | 32 | NOTICE of Amended Complaint in lawsuit sent to Director of U.S. Patent and Trademark Office. (Attachments: # 1 Amended Complaint with Exhibits) (CCG) (Entered: 04/29/2026) |
| 05/04/2026 | 33 | Joint MOTION to Stay *Deadlines*, filed by Plaintiffs ABC IP LLC, RARE BREED TRIGGERS INC.. (Attachments: # 1 Text of Proposed Order Granting Joint Motion to Stay Deadlines)(Colvin, Matt) (Entered: 05/04/2026) |
| 05/11/2026 | 34 | ANSWER to 26 Amended Complaint , filed by ORION ARMS CORP D/B/A ORION WHOLESALE.(Civins, Conor) (Entered: 05/11/2026) |
| 05/11/2026 | 35 | ORDER GRANTING THE JOINT MOTION TO STAY DEADLINES − The Court has considered the Parties' Joint Motion to Stay pending determination of Defendant's Motion to Vacate the |

| | | |
|---|---|---|
| | | Conditional Transfer Order ("CTO") by the United States Judicial Panel on Multidistrict Litigation ("JPML"), and being duly informed, now rules as follows. The Parties' Joint Motion is GRANTED, [dkt. 33 ], such that the Court ORDERS that a STAY regarding any case management deadline in this case is now in place pending the JPML's decision on vacating the CTO. The Parties shall file a joint status report in thirty (30) days from the date of this Order updating the Court on the status at the JPML. Given the Court's decision in this Order, the Court DENIES WITHOUT PREJUDICE Defendant's opposed Motion to Stay, [dkt. 27 ], which appears unnecessary at this time given this Order as issued. Signed by Magistrate Judge Kellie M. Barr on 05/11/2026. (AJG) (Entered: 05/12/2026) |
| 05/27/2026 | Ï 36 | MOTION to Amend/Correct 1 Complaint , filed by Plaintiffs ABC IP LLC, RARE BREED TRIGGERS INC.. (Attachments: # 1 Exhibit A − Proposed Order, # 2 Exhibit B − 2nd Amended Complaint, # 3 Exhibit A to 2nd Amended Complaint, # 4 Exhibit B to 2nd Amended Complaint, # 5 Exhibit C to 2nd Amended Complaint, # 6 Exhibit D to Amended Complaint)(Colvin, Matt) (Entered: 05/27/2026) |
| 05/28/2026 | Ï 37 | MOTION to Enforce Judgment *Motion to Enforce Stay*, filed by Defendant ORION ARMS CORP D/B/A ORION WHOLESALE. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(Civins, Conor) (Entered: 05/28/2026) |
| 06/10/2026 | Ï 38 | STATUS REPORT *Joint Status Report regarding JPML Proceedings* by ABC IP LLC, RARE BREED TRIGGERS INC.. (Colvin, Matt) (Entered: 06/10/2026) |
| 06/11/2026 | Ï 39 | ORDER GRANTING IN PART 37 DEFENDANT'S MOTION TO ENFORCE STAY AND DENYING WITHOUT PREJUDICE 36 PLAINTIFFS' MOTION TO AMEND − Plaintiffs may refile their Motion for Leave to File a Second Amended Complaint, if appropriate, once the stay is lifted in this case. The Parties' recent Status Report states that Defendant's Motion to Vacate the CTO is fully briefed and awaiting ruling by the JPML. The Parties are ORDERED to file a joint status report in thirty (30) days from the date of this Order updating the Court on the status at the JPML. (See Order.) Signed by Magistrate Judge Kellie M. Barr on 6/11/2026. (CCG) (Entered: 06/11/2026) |
| 06/12/2026 | Ï 40 | NOTICE of Answer in lawsuit sent to Director of U.S. Patent and Trademark Office. (Attachments: # 1 Exhibit Answer to Amended Complaint) (CKM) (Entered: 06/12/2026) |
| 07/10/2026 | Ï 41 | STATUS REPORT *Joint Status Report regarding JPML Proceedings* by ABC IP LLC, RARE BREED TRIGGERS INC.. (Colvin, Matt) (Entered: 07/10/2026) |
| 07/10/2026 | Ï 42 | MARGINAL ENTRY re 41 Status Report − The Parties' recent Status Report states that Defendant Orion Arms Corp d/b/a Orion Wholesale's Motion to Vacate the CTO is fully briefed and awaiting ruling by the JPML. [Dkt. 41 .] The Parties are ORDERED to file a joint status report in thirty (30) days from the date of this Order updating the Court on the status at the JPML. Signed by Magistrate Judge Kellie M. Barr on 7/10/2026. (CCG) (Entered: 07/14/2026) |
| 08/10/2026 | Ï 43 | STATUS REPORT *(JOINT) REGARDING JPML PROCEEDINGS* by ABC IP LLC, RARE BREED TRIGGERS INC.. (Colvin, Matt) (Entered: 08/10/2026) |
| 08/20/2026 | Ï 44 | CLOSED TRANSFER to the Eastern District of Texas. IN RE: RARE BREED TRIGGERS PATENT LITIGATION − MDL No. 3176. (JSR) (Entered: 08/21/2026) |
| 08/20/2026 | Ï 45 | Transfer Letter to Clerk of the Eastern District of Texas. Case transferred electronically to the Eastern District of Texas, IN RE: MDL 3176, on 8/20/2026. (JSR) (Entered: 08/21/2026) |

**ABC IP LLC et al v. ORION ARMS CORP D/B/A ORION WHOLESALE (4:26−cv−00032−TWP−KMB)**